# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

TOMMIE L. WHITE,

Petitioner,

v.

STEVEN BALLARD Warden,
ATTORNEY GENERAL OF
STATE OF ILLINOIS,

Respondents.                                              No. 09-CV-478-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 17, 2012, the Petition is **DENIED** and petitioner's claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sara Jennings*
            **Deputy Clerk**

Dated: September 17, 2012

Digitally signed by
David R. Herndon
Date: 2012.09.17
14:53:44 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT